1   BENJAMIN J. KIM (BAR NO. 233856)
    ALANA U. THORBOURNE (BAR NO. 284591)
2   ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
3   515 South Figueroa Street, Ninth Floor
    Los Angeles, California 90071-3309
4   Phone:  (213) 622-5555
    Fax:  (213) 620-8816
5   E-Mail:  bjkim@allenmatkins.com
             athorbourne@allenmatkins.com
6
    Attorneys for Defendants
7   WELLS FARGO BANK, NATIONAL ASSOCIATION
    and RAISSA DEMAY
8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12           SAN FRANCISCO/OAKLAND DIVISION

13  RICHARD WEIL and SOODABEH          Case No. 3:14-CV-3110-HSG
    SHAKERIN,
14                                     REQUEST FOR TELEPHONIC
            Plaintiffs,                APPEARANCE AT CASE
15                                     MANAGEMENT CONFERENCE; ORDER
        v.
16                                     Date:  March 17, 2015
    WELLS FARGO BANK, NATIONAL         Time:  2:00 p.m.
17  ASSOCIATION; RAISSA DEMAY; and     Dept.: Courtroom 15, 18th Floor
    DOES 1-25, INCLUSIVE,,             Judge: Hon. Haywood S. Gilliam Jr.
18
            Defendants.
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1011413.01/LA

Case No.  3:14-CV-3110-HSG
REQUEST FOR TELEPHONIC APPEARANCE;
[PROPOSED] ORDER

1    TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

2    Defendants Wells Fargo Bank, N.A. and Raissa Demay (collectively, "Defendants")

3    hereby request to appear telephonically at the case management conference for this matter,

4    set for March 17, 2015 at 2:00 p.m.  Defendants have been working diligently to complete

5    discovery and will be conducting Plaintiff Soodabeh Shakerin's deposition on March 17,

6    2015, beginning at 9:30 a.m.  Due to the parties' availability and scheduling issues, as well

7    as other upcoming depositions already scheduled in this matter, the parties' ability to

8    reschedule the deposition or complete it on another day is limited.  For example, the

9    parties have scheduled Co-Plaintiff Richard Weil's deposition for March 18, 2015.

10   Accordingly, in order to complete these depositions in a timely manner, Defendants

11   respectfully request that their counsel be authorized to appear at the case management

12   conference by telephone.

13

14   Dated:  March 10, 2015                     ALLEN MATKINS LECK GAMBLE
                                                   MALLORY & NATSIS LLP
15                                               BENJAMIN J. KIM
                                                 ALANA U. THORBOURNE
16

17                                          By:  _____/s/ Benjamin J. Kim_____
                                                   BENJAMIN J. KIM
18                                                 Attorneys for Defendants
                                                   WELLS FARGO BANK, NATIONAL
19                                                 ASSOCIATION and RAISSA DEMAY

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that, based on good cause having been established, counsel for Defendants Wells Fargo Bank, N.A. and Raissa Demay may appear telephonically via CourtCall at the case management conference set for March 17, 2015, at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  March 11, 2015

Hon. Haywood S. Gilliam Jr.
Judge, United States District Court