1  LAW OFFICES OF PAUL B. JUSTI
   PAUL B. JUSTI (BAR NO. 124727)
2  1981 North Broadway, Suite 250
   Walnut Creek, California 94596
3  Phone: (925) 256-7900
   Fax: (925) 256-9204
4  E-Mail: pbjusti@comcast.net

5  Attorneys for Plaintiffs
   RICHARD WEIL and SOODABEH SHAKERIN
6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO/OAKLAND DIVISION

12 RICHARD WEIL and SOODABEH            Case No. 3:14-CV-3110-HSG
   SHAKERIN,
13                                      REQUEST FOR TELEPHONIC
              Plaintiffs,                APPEARANCE AT CASE
14                                      MANAGEMENT CONFERENCE;
       v.                               [PROPOSED ORDER]
15
   WELLS FARGO BANK, NATIONAL
16 ASSOCIATION; RAISSA DEMAY; and
   DOES 1-25, INCLUSIVE,
17
              Defendants.
18

19        TO THE HONORABLE COURT AD TO ALL PARTIES AND COUNSEL:

20        Plaintiff Richard Weil and Soodabeh Shakerin (collectively, "Plaintiffs")

21 hereby request to appear telephonically at the case management conference for this matter,

22 set for March 17, 2015 at 2:00 p.m.. Plaintiffs have been working diligently to complete

23 discovery and will be defending the deposition of Soodabeh Shakerin on March 17th,

24 commencing at 9:30 a.m. Due to the parties' availability and scheduling issues, as well as

25 other upcoming depositions scheduled, Plaintiff Richard Weill for March 18, 2015. To

26 complete these depositions in a timely manner, Plaintiffs respectfully request that their ///

27

28

                                        -1-

counsel be authorized to appear at the case management conference by telephone.

Dated: March 17, 2015                    LAW OFFICES OF PAUL B. JUSTI

                                         By: /s/ Paul B. Justi
                                         _____
                                         PAUL B. JUSTI
                                         Attorneys for Plaintiffs
                                         RICHARD WEIL and SOODABEH
                                         SHAKERIN

**[~~PROPOSED~~ ORDER]**

IT IS HEREBY ORDERED that, based on good cause having been established, counsel for Plaintiffs Richard Weil and Soodabeh Shakerin may appear telephonically at the case management conference set for March 17, 2015, at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 3/17/2015

HONORABLE Haywood S. Gilliam, Jr.