ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BENJAMIN J. KIM (BAR NO. 233856)
ALANA U. THORBOURNE (BAR NO. 284591)
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  bjkim@allenmatkins.com
         athorbourne@allenmatkins.com

Attorneys for Defendants
WELLS FARGO BANK, NATIONAL ASSOCIATION
and RAISSA DEMAY

LAW OFFICES OF PAUL B. JUSTI
PAUL B. JUSTI (BAR NO. 124727)
1981 North Broadway, Suite 250
Walnut Creek, California 94596
Phone:  (925) 256-7900
Fax:  (925) 256-9204
E-Mail:  pbjusti@comcast.net

Attorneys for Plaintiffs
RICHARD WEIL and SOODABEH SHAKERIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| RICHARD WEIL and SOODABEH SHAKERIN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; RAISSA DEMAY; and DOES 1-25, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. 3:14-CV-3110-HSG<br><br>STIPULATION REGARDING PRETRIAL DATES AND ORDER |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1010607.01/LA

Case No.  3:14-CV-3110-HSG
STIPULATION REGARDING PRETRIAL DATES
AND ORDER

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Order dated March 18, 2015, Plaintiffs Richard Weil and Soodabeh Shakerin (collectively, "Plaintiffs") and Defendants Wells Fargo Bank, National Association and Raissa Demay (collectively, "Defendants"), by and through the parties' respective counsel of record, hereby stipulate as follows:

WHEREAS, the Hon. Vince Chhabria of this Court previously set the following pretrial and trial schedule:

| | |
|---|---|
| Fact Discovery Cut-Off: | April 7, 2015 |
| Motion Filing Cut-Off: | May 29, 2015 |
| Parties' Expert Witness Disclosure Cut-Off: | July 10, 2015 |
| Parties' Expert Rebuttal Witness Disclosure Cut-Off: | August 7, 2015 |
| Expert Discovery Cut-Off: | September 11, 2015 |
| Trial: | October 19, 2015; |

WHEREAS, on February 18, 2015, the Court reassigned this case to Hon. Haywood S. Gilliam, Jr. as the presiding judge in this matter;

WHEREAS, the parties have been diligent in conducting discovery, including without limitation serving and responding to multiple sets of written discovery, exchanging various sets of documents and scheduling depositions of the parties and certain witnesses;

WHEREAS, due to the parties' and their counsels' scheduling issues (including the fact that Defendants' lead counsel was unavailable due to a family health emergency and a trial in another matter and that Defendants' new lead counsel, who appeared in this matter to prevent undue delay, needed some time to familiarize himself with this matter), the parties need additional time to conduct remaining discovery, prepare motions and otherwise prepare this matter for trial;

WHEREAS, the parties also have scheduled a private mediation for April 24, 2015, and the date has been confirmed by all parties and the private mediator;

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1010607.01/LA

-2-

Case No. 3:14-CV-3110-HSG
STIPULATION REGARDING PRETRIAL DATES
AND [PROPOSED] ORDER

1  WHEREAS, the parties intend to focus their time and resources toward that
2  mediation—including without limitation conducting key discovery (including depositions),
3  resolving certain (but not all) discovery issues, and preparing mediation briefs—all in a
4  good faith effort to resolve this matter informally; and

5  WHEREAS, the current deadlines will interfere with the parties' ability to focus the
6  remaining discovery issues toward a good faith mediation and will force the parties to
7  expend resources that could be dedicated toward that mediation, and the unnecessary
8  expenditure of such resources could create roadblocks to an informal resolution.

9  NOW, THEREFORE, the parties hereby stipulate and request that, based on good
10 cause set forth above, the Court continue all pretrial and trial dates to the following
11 proposed dates, or to dates thereafter based on the Court's availability:

| | |
|---|---|
| Fact Discovery Cut-Off: | May 15, 2015 |
| Motion Filing Cut-Off: | June 4, 2015 |
| Parties' Expert Witness Disclosure Cut-Off: | July 29, 2015 |
| Parties' Expert Rebuttal Witness Disclosure Cut-Off: | August 28, 2015 |
| Expert Discovery Cut-Off: | September 18, 2015 |
| Final Pre-Trial Conference | October 5, 2015 |
| Trial: | October 19, 2015 |

**IT IS SO STIPULATED.**

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
1010607.01/LA    -3-
Case No. 3:14-CV-3110-HSG
STIPULATION REGARDING PRETRIAL DATES
AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: March 19, 2015 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 2 | | |
| 3 | | By:      /s/ *Benjamin J. Kim* |
| 4 | | BENJAMIN J. KIM<br>BALDWIN J. LEE |
| 5 | | ALEXANDER NESTOR<br>Attorneys for Defendants |
| 6 | | WELLS FARGO BANK, N.A.<br>and RAISSA DEMAY |
| 7 | | |
| 8 | | By:      /s/ *Benjamin J. Kim* |
| 9 | | Pursuant to Local Rule 5-1(i)(3), I, the electronic filer of this document, hereby attest that I have received permission from the other signatory to this document to file it. |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Dated: March 19, 2015 | LAW OFFICES OF PAUL B. JUSTI |
| 14 | | |
| 15 | | By:      /s/ *Paul B. Justi* |
| 16 | | PAUL B. JUSTI<br>Attorneys for Plaintiffs |
| 17 | | RICHARD WEIL and SOODABEH SHAKERIN |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1010607.01/LA    -4-    Case No.  3:14-CV-3110-HSG
STIPULATION REGARDING PRETRIAL DATES
AND [PROPOSED] ORDER

## ORDER

Pursuant to the parties' Stipulation and good cause having been established, the Court grants the parties' request to continue the current discovery and motion deadlines and sets the case schedule as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | May 15, 2015 |
| Motion Filing Cut-Off: | June 4, 2015 |
| Parties' Expert Witness Disclosure Cut-Off: | July 29, 2015 |
| Parties' Expert Rebuttal Witness Disclosure Cut-Off: | August 28, 2015 |
| Expert Discovery Cut-Off: | September 18, 2015 |
| Final Pre-Trial Conference | October 6, 2015 |
| Trial: | October 19, 2015 |

All other deadlines in this matter set by the Federal Rules of Civil Procedure and Local Rules shall be based on the dates above, as applicable.

**IT IS SO ORDERED.**

Dated:   3/20/2015

*[signature: Haywood S. Gilliam Jr.]*
HONORABLE HAYWOOD S. GILLIAM, JR.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1010607.01/LA

-5-

Case No. 3:14-CV-3110-HSG
STIPULATION REGARDING PRETRIAL DATES
AND [PROPOSED] ORDER